UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF EASTERN NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK and MAKE THE ROAD CONNECTICUT.<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>*Defendants*. | Case No. 1:18-cv-2445 (NGG) (JO)<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

## MOTION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE THAT** counsel for Plaintiffs hereby moves the Court for an Order, pursuant to Local Rule 1.4 to allow Justin B. Cox to withdraw as counsel of record for Plaintiffs in this matter as his employment with the National Immigration Law Center has concluded.

WHEREFORE, the undersigned counsel respectfully requests this Honorable Court enter an Order granting the motion to withdraw. A proposed order is attached.

Dated:  February 7, 2019

Respectfully submitted,

 /s/ Joshua Rosenthal
Joshua Rosenthal (JR 1096)
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Blvd. #1600
Los Angeles, CA 90010
T: (213) 639-3900
rosenthal@nilc.org
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2019 I electronically filed the foregoing Motion to Permit Withdrawal of Counsel and [Proposed] Order granting the same with the Clerk of the Court for the United States District Court for the Eastern District of New York by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Joshua Rosenthal*
Joshua Rosenthal (JR 1096)