

**U.S. Department of Justice**
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005

March 25, 2022

**VIA ECF**

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     _Make the Road New York,_ et al. _v. U.S. Dep't of Homeland Security,_ et al.,
         No. 1:18-cv-2445-NGG-TAM (EDNY)

Dear Judge Garaufis:

Per Defendants' proposal in their Letter Brief of March 4, 2022, ECF 87, Defendants respectfully submit the attached updated Vaughn indices and declarations pertaining to the sample of documents submitted for _in camera_ review, in light of the Second Circuit's decision in _Nat. Res. Def. Council v. United States Env't Prot. Agency_, 19 F.4th 177 (2d Cir. 2021). A redline showing changes to Defendants' Vaughn entries compared to the previously filed updated joint table, _see_ ECF 82-1, is also attached.

Defendants appreciate the Court's ongoing consideration of this matter.

Dated: March 25, 2022                    Sincerely,

                                         BRIAN M. BOYNTON
                                         Principal Deputy Assistant Attorney General

                                         MARCIA BERMAN
                                         Assistant Branch Director

                                         _/s/ Cormac Early_
                                         GALEN N. THORP
                                         Senior Trial Counsel (VA Bar No. 75517)
                                         CORMAC EARLY
                                         Trial Attorney (DC Bar No. 1033835)
                                         U.S. Department of Justice
                                         1100 L Street, NW

Washington, D.C. 20005
Tel: (202) 514-4781
E-mail: cormac.a.early@usdoj.gov

*Counsel for Defendants*