IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | No. 18-cv-2445 (NGG) (TAM) <br><br> June 28, 2022 |

## JOINT STATUS REPORT

Pursuant to the Court's Order of May 4, 2022, ECF 95, the parties submit the following report on the progress of negotiations.

On May 24, 2022, Plaintiffs submitted a potential settlement proposal regarding the FOIA documents to Defendants to resolve this matter, reserving rights with regard to fees and costs. After Defendants reviewed that offer, the parties met and conferred on June 22, 2022. The parties agreed to continue to negotiate in good faith, and agreed that they would meet and confer again on July 13, 2022, and on August 10, 2022.

The parties respectfully request that they be permitted to file a further joint status report on August 29, 2022, updating the Court on the progress of their negotiations, and, if appropriate, proposing a schedule for further proceedings.

Dated: June 28, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

**Application granted.
So Ordered**
s/Nicholas G. Garaufis
**Hon. Nicholas G. Garaufis
Date:** 6/28/22

1

/s/ Cormac Early
GALEN N. THORP
Senior Trial Counsel (VA Bar No. 75517)
CORMAC EARLY
Trial Attorney (DC Bar No. 1033835)
U.S. Department of Justice
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 514-4781
E-mail: cormac.a.early@usdoj.gov

*Counsel for Defendants*

/s/ Joanna Elise Cuevas Ingram
Joanna Elise Cuevas Ingram, Esq. (JC 2704)
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 170392
Brooklyn, NY 11217
Phone: (213) 377-5258

Michelle Lapointe, Esq. (*pro hac vice*)
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 247
Decatur, GA 30031
Phone: (213) 279-2508

Lisa Graybill, Esq. (*pro hac vice*)
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 40476
Austin, TX 78704
Phone: (213) 493-6503

Joshua T. Stehlik, Esq. (*pro hac vice*)
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Blvd #108-62
Los Angeles, CA 90010
Phone: (213) 639-3900

*Counsel for Plaintiffs Make the Road, et al.*

2