IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | No. 18-cv-2445 (NGG) (TAM) <br><br> August 16, 2022 |

## JOINT STATUS REPORT

Pursuant to the Court's Order of June 29, 2022, ECF 98, the parties submit the following report on the progress of negotiations.

On July 13, 2022, the parties met and conferred regarding Plaintiffs' May 24, 2022 settlement proposal. The Defendant agencies continue to review the documents at issue and consider Plaintiffs' proposal.

While the parties had intended to meet and confer again on August 10, 2022, *see* ECF No. 97, lead counsel for Defendants, Cormac Early, is suddenly out of the office on parental leave for several months, and the case was just reassigned to another U.S. Department of Justice attorney. In light of other obligations and leave scheduled in August, counsel for the parties agreed to next meet and confer on September 9, 2022.

The parties respectfully request that they be permitted to file a further joint status report on September 30, 2022, updating the Court on the progress of their negotiations, and, if appropriate, proposing a schedule for further proceedings.

1

| | |
|---|---|
| Dated: August 16, 2022 | Respectfully submitted, |
| | |
| */s/ Joshua T. Stehlik  (by permission)* | BRIAN M. BOYNTON |
| Joanna Elise Cuevas Ingram, Esq. (JC 2704) | Principal Deputy Assistant Attorney General |
| NATIONAL IMMIGRATION LAW CENTER | |
| P.O. Box 170392 | MARCIA BERMAN |
| Brooklyn, NY 11217 | Assistant Branch Director |
| Phone: (213) 377-5258 | |
| | */s/ Galen N. Thorp* |
| | GALEN N. THORP |
| Michelle Lapointe, Esq. (pro hac vice) | Senior Trial Counsel (VA Bar No. 75517) |
| NATIONAL IMMIGRATION LAW CENTER | JOSHUA M. KOLSKY |
| P.O. Box 247 | Trial Attorney (D.C. Bar No. 993430) |
| Decatur, GA 30031 | U.S. Department of Justice |
| Phone: (213) 279-2508 | 1100 L Street, NW |
| | Washington, D.C. 20005 |
| | Tel: (202) 514-4781 |
| Lisa Graybill, Esq. (pro hac vice) | E-mail: cormac.a.early@usdoj.gov |
| NATIONAL IMMIGRATION LAW CENTER | |
| P.O. Box 40476 | *Counsel for Defendants* |
| Austin, TX 78704 | |
| Phone: (213) 493-6503 | |
| | |
| Joshua T. Stehlik, Esq. (pro hac vice) | |
| NATIONAL IMMIGRATION LAW CENTER | |
| 3450 Wilshire Blvd #108-62 | |
| Los Angeles, CA 90010 | |
| Phone: (213) 639-3900 | |
| | |
| *Counsel for Plaintiffs Make the Road, et al.* | |