IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | No. 18-cv-2445 (NGG) (TAM) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of August 17, 2022, the parties submit the following report on the progress of negotiations.

On September 13, 2022 and September 22, 2022, the parties met and conferred regarding Plaintiffs' May 24, 2022 settlement proposal and Defendants' counter-proposal. The parties believe that they have made some progress towards reaching a settlement with regard to the FOIA documents challenged in this litigation. At this time, the Defendant agencies are continuing to consider Plaintiffs' most recent settlement proposal with regard to the FOIA documents, and they expect to respond to that proposal within the next 30 days.

The parties respectfully request that they be permitted to file a further joint status report on November 14, 2022, updating the Court on the progress of their negotiations, and, if appropriate, proposing a schedule for further proceedings.

Dated: September 30, 2022                                  Respectfully submitted,

*/s/ Joshua T. Stehlik  (by permission)*                    BRIAN M. BOYNTON

Joanna Elise Cuevas Ingram, Esq. (JC 2704)
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 170392
Brooklyn, NY 11217
Phone: (213) 377-5258

Michelle Lapointe, Esq. (pro hac vice)
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 247
Decatur, GA 30031
Phone: (213) 279-2508

Lisa Graybill, Esq. (pro hac vice)
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 40476
Austin, TX 78704
Phone: (213) 493-6503

Joshua T. Stehlik, Esq. (pro hac vice)
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Blvd #108-62
Los Angeles, CA 90010
Phone: (213) 639-3900

*Counsel for Plaintiffs Make the Road, et al.*

Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

 */s/ Joshua M. Kolsky*
JOSHUA M. KOLSKY
Trial Attorney (D.C. Bar No. 993430)
GALEN N. THORP
Senior Trial Counsel (VA Bar No. 75517)
U.S. Department of Justice
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 514-4781
E-mail: Joshua.kolsky@usdoj.gov

*Counsel for Defendants*