IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | No. 18-cv-2445 (NGG) (TAM) <br><br> December 30, 2024 |

## JOINT STATUS REPORT

Pursuant to the Court's Order of November 27, 2024, the parties submit the following status report.

As reported in previous joint status reports, the parties have finalized and executed settlement agreements regarding all claims in this action. Defendants have submitted payment for processing pursuant to their settlement agreement, and payment has been disbursed for one Defendant.

There are no remaining issues in dispute in this matter, and the parties intend to file a joint stipulation of dismissal when payment has been completed pursuant to their settlement agreement.

Dated: December 30, 2024

*/s/ Joanna Elise Cuevas Ingram*
Joanna Elise Cuevas Ingram, Esq. (JC 2704)
NATIONAL IMMIGRATION LAW CENTER
PO Box 34573
Washington. DC 20043-4573
Phone: (213) 377-5258
Fax: (213) 639-3911

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

 */s/ Cormac A. Early*

Joshua Stehlik, Esq. (pro hac vice)
NATIONAL IMMIGRATION LAW
CENTER
3450 Wilshire Blvd #108-62
Los Angeles, CA 90010
Phone: (213) 639-3900

Lisa Graybill, Esq. (pro hac vice)
NATIONAL IMMIGRATION LAW
CENTER
P.O. Box 40476
Austin, TX 78704
Phone: (213) 493-6503

*Counsel for Plaintiffs Make the Road, et al.*

GALEN N. THORP
Senior Trial Counsel (VA Bar No. 75517)
CORMAC A. EARLY
Trial Attorney (D.C. Bar No. 1033835)
JOSHUA M. KOLSKY
Trial Attorney (D.C. Bar No. 993430)
U.S. Department of Justice
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 514-4781
E-mail: cormac.a.early@usdoj.gov

*Counsel for Defendants*